United States District Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01193 |
| | § | |
| VINA-PRO LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 22, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, VINA-PRO LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 16).

It is so ORDERED.

SIGNED on August 23, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge